Entered: September 8, 2023
Signed:  September 8, 2023

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.:  23–11673 – MCR    Chapter:  7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Emprove Remodeling, Inc.
*debtor has no known aliases*
504 Great Falls Road
Rockville, MD 20850

Social Security No.:

Employer's Tax I.D. No.:   85–0996153

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 3/13/23.

The estate of the above–named debtor has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *EricaCumberland*